UNITED STATES DISTRIC COURT
DISTRICT OF KANSAS

JEFFREY KINNEY,                                                 Court File No. 07-2248 KHV

      Plaintiff,

v.                                                                **ORDER**

NATIONS RECOVERY CENTER, INC.

      Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                       BY THE COURT

Dated: January 16, 2008                   s/ Kathryn H. Vratil
                                          Kathryn H. Vratil
                                          Judge of United States District Court